IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
MYRON E. WILLIAMS )
)
      Debtor ) CH 13 Case No. 08-40732
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

    MYRON E. WILLIAMS
    838 DRYDEN
    YOUNGSTOWN, OH   44505

                            **TOTAL:**    **$ 5.00**

2. A check in the amount of $67.81, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this 18th day of March, 2010.

                                      /s/ Michael A. Gallo
                                      MICHAEL A. GALLO, TRUSTEE
                                      20 Federal Plaza West
                                      Suite #602
                                      Youngstown, OH 44503
                                      (330) 743-1246

FILED U.S. BANKRUPTCY COURT 2010 MAR 26 PM 12: 21 NORTHERN DISTRICT OF OHIO YOUNGSTOWN

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
MYRON E. WILLIAMS )
)
) CH 13 Case No. 08-40732
)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this 18th day of March, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Alice McClelland*

Alice McClelland - Assistant

Trustee:67  TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR: 523237

VOUCHER FOR CHECK: 775270
DATED: 2010/02/26

Page 1 OF 1

| NAME OF CREDITOR | CASE | CLM | CLS | R E F | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK | | PAID TO DATE | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PRINCIPAL | INTEREST | | |
| CLERK OF THE U.S. BANKRUPTCY C | 0542935 | 926 | 6 | 53 | ENGLISH, BRUCE M / ENGLISH, SHELLY L | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0547420 | 926 | 6 | 20 | MEASSICK, MARK ALLEN | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0584605 | 926 | 6 | 18 | SCOTT, MICHAEL | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640202 | 926 | 6 | 43 | HUPP, CLARENCE ALLEN / HUPP, JUDITH JOANNA | UNCLAIMED FUNDS | 5.06 | 0.00 | 5.06 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0641213 | 926 | 6 | 76 | MANSELL, LILA A / MANSELL, GARY V | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0740972 | 926 | 6 | 25 | RITCHIE, THOMAS A. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741153 | 926 | 6 | 13 | DAVIS, SANDRA A. | UNCLAIMED FUNDS | 2.65 | 0.00 | 2.65 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741780 | 926 | 6 | 20 | DAWSON, KIM | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741981 | 926 | 6 | 10 | NISEVICH, MITCH P. | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742489 | 926 | 6 | 96 | HITES, ROY L. / HITES, TRICIA E. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0840732 | 926 | 6 | 30 | WILLIAMS, MYRON E. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0841112 | 926 | 6 | 41 | FUSILLO, MATTHEW JOSEPH / FUSILLO, BARBARA MARYANN | UNCLAIMED FUNDS | 15.09 | 0.00 | 15.09 | 0.00 |

| #ITEMS | PRINCIPAL | INTEREST | PRINC + INT |
|---|---|---|---|
| 12 | 67.81 | 0.00 | 67.81 |
| | CURRENT CHECK | | |

08-40732-kw    Doc 82    FILED 03/26/10    ENTERED 03/26/10 13:41:13    Page 3 of 3